# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY STEVE DAVIS,<br><br>                     Petitioner,<br>      vs.<br>FRANCISCO QUINTANA,<br>                     Respondent. | Civil No.   10-1419 MMA (AJB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.

A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later than August 18, 2010**.[1]

**IT IS SO ORDERED.**

DATED: July 13, 2010

                                                     Michael M. Anello
                                                     United States District Judge

---

[1] For Petitioner's convenience a blank request to proceed in forma pauperis form is included with this Order.